# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-1306

_____

DANIEL LEE LIEDTKA,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Judge.

May 2, 2018

PER CURIAM.

   AFFIRMED.

RAY, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant; Daniel Lee Liedtka, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.